IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Monique L. Garner, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:15-cv-3344-TLW |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon consideration of the Commissioner's Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence six of 42 U.S.C. § 405(g),[1] and REMANDS the case to the Commissioner for further administrative proceedings.

On order of the Court, the Commissioner will remand Plaintiff's case to an administrative law judge (ALJ). The Appeals Council will instruct the ALJ to further evaluate the evidence of record, including the new opinion evidence submitted to the Appeals Council. Upon remand, the ALJ's review is limited from November 30, 2011 to May 12, 2014.

IT IS SO ORDERED.

*s/Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

May 3, 2016
Columbia, South Carolina

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.