# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Monique L. Garner, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:15-cv-03344-TLW |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Commissioner's final decision is in favor of Plaintiff pursuant to 42 U.S.C. 405(g)

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Terry L. Wooten.

Date: October 31, 2017

*ROBIN L. BLUME, CLERK OF COURT*

*s/Ashley Buckingham, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*